UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICTORIA E. CABRERO MARTINEZ, et al.,
    Plaintiffs

vs.    CIVIL NO. 98-2325 (JP)

INSTITUTO DE GASTROENTEROLOGIA
HEPATOLOGIA Y NUTRICION DE P.R., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 13, 2000<br>Docket: #32<br>[X] **Plffs**      [] **Defts**<br>**Title:** Motion to Eliminate From the Pretrial Report Uncontested Fact Number 7 | **GRANTED.** The parties have not stipulated to uncontested fact number 7 which was included in the proposed pretrial order (docket No. 31). Fact Number 7 states "On November 29, 1997, plaintiff was again admitted at Hospital Pavía with severe abdominal pain and she was submitted to surgery on November 30, 1997. She was found to have a subacute perforation of the ileum with fluid in the pelvis. The perforation was seen in the distal ileum and the post operative course was complicated by cardiac arrhythmia, sepsis and DIC." |

Date: 1/18/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      # 33