IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VERONICA E. CABRERO MARTINEZ, et al. | |
| Plaintiffs | |
| vs. | CIVIL NO. 98-2325 (JP) |
| INSTITUTO DE GASTROENTEROLOGIA, HEPATOLOGIA Y NUTRICION DE PUERTO RICO, et al. | |
| Defendants | |

### PARTIAL JUDGMENT

Pursuant to Plaintiffs' Motions for Voluntary Dismissal With Prejudice, which are hereby **GRANTED**, the Court hereby **DISMISSES WITH PREJUDICE** Plaintiffs' causes of action against Co-Defendants Miriam Villafaña Suárez, Juan R. Colón Pagán, and Filiberto Colón Rodríguez. All causes of action against Co-Defendants Instituto de Gastroenterología and Héctor Pérez Arroyo remain in this case. This Judgment is entered without the imposition of costs and attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico. this 27 day of January, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)