IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VERONICA E. CABRERO MARTINEZ, et al. <br><br> Plaintiffs <br><br> vs. <br><br> INSTITUTO DE GASTROENTEROLOGIA, HEPATOLOGIA Y NUTRICION DE PUERTO RICO, et al. <br><br> Defendants | CIVIL NO. 98-2325 (JP) |

### FINAL JUDGMENT

This case was going to come up for trial on Monday, January 31, 2000. The parties hereto informed the Court that an agreement had been reached by the parties and, therefore, the jury should be advised not to come on even date, and further, that Judgment should be entered dismissing the Complaint with prejudice. Pursuant thereto, the Court enters judgment dismissing the Complaint with prejudice, without costs and attorneys' fees and confirming that the Clerk's office was advised to notify the jurors not to attend.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 31 day of January, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE